ANNA M. KOENIG, Individually and as Executrix of ROBERT J. KOENIG, Deceased, Appellant, *v.* ARTHUR T. KOENIG, Respondent.

Argued January 14, 1952; decided January 25, 1952.

*Charles Podsen* for appellant.

*Abraham Waldman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.